### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

ALMA HERNANDEZ

Vs.                                CASE NO. 3:01CV00711 (AVC)

KATHERINE McCORMACK,
individually & in her official capacity
and CITY OF HARTFORD

## O R D E R

The Court having granted the defendants' motion for extension of time (doc. #64)

on September 2, 2003, extending the time for discovery until September 15, 2003 and the

time for filing of a dispositive motion until October 15, 2003 and further extending the

time for filing of the joint trial memorandum until 30 days after ruling on the motion for

summary judgment; and

Neither party having filed a dispositive motion by October 15, 2003, it is hereby

**ORDERED** that the parties file their joint trial memorandum on or before

November 23, 2003.  The case shall be trial ready by December 23, 2003.

Dated at Hartford, Connecticut, this 22nd day of October, 2003.


Alfred V. Covello
United States District Judge