FILED

2003 DEC -8 P 2: 43

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALMA HERNANDEZ

    Vs.                              CASE NO. 3:01CV00711 (AVC)

KATHERINE McCORMACK, individually
and in her official capacity, and the CITY
OF HARTFORD

## ORDER

The plaintiff having failed to comply with the Court's Order of October 23, 2003, it is hereby ordered pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41, that plaintiff file and serve on or before December 23, 2003, a status report showing why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated at Hartford, Connecticut, this 8th day of December, 2003.

_____
Alfred V. Covello
United States District Judge