UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALMA HERNANDEZ

      Vs.                       CASE NO. 3:01CV00711 (AVC)

KATHERINE McCORMACK,
individually & in her official capacity
and CITY OF HARTFORD

NOTICE TO COUNSEL

     The above-entitled case was reported to the Court on December 15, 2003 to be

settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing

papers are not filed within thirty (30) days thereafter.

     Accordingly, an order of dismissal will be entered on January 14, 2004 unless

closing papers are filed on or before that date, or unless counsel reports prior to that date

that the case is not in fact settled.

     Dated at Hartford, Connecticut this 16th day of December, 2003.

                     KEVIN F. ROWE, CLERK

                     By _____/s/ JW_____
                            Jo-Ann Walker
                            Deputy Clerk