## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALMA HERNANDEZ, <br>     Plaintiff, <br><br> v. <br><br> KATHERINE MCCORMACK, <br> INDIVIDUALLY AND IN HER <br> OFFICIAL CAPACITY, <br> AND THE CITY OF HARTFORD <br>     Defendants | : CIVIL ACTION NO. 301 CV 711 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : December 18, 2003 |

### JOINT STIPULATION FOR
### DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendants stipulate that the above-captioned suit be dismissed in its entirety with prejudice, and without costs or fees being awarded to any of the parties. Dismissal with prejudice as to the entire action is voluntarily and knowingly agreed to by the parties and so stipulated.

- 2 -

| FOR THE DEFENDANTS, KATHERINE McCORMACK, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, and THE CITY OF HARTFORD | FOR THE PLAINTIFF, ALMA HERNANDEZ |
|---|---|
| /s/ Charles L. Howard<br>Charles L. Howard<br>Fed. Bar. No. ct05366<br>Jose M. Rojas<br>Federal Bar No. ct22569<br>Shipman & Goodwin LLP<br>One American Row<br>Hartford, CT 06103-2819<br>Tel: (860) 251-5000<br>Fax: (860) 251-5700<br>Their Attorneys | /s/ Barbara Gardner<br>Barbara Gardner<br>Federal Bar No. ct07623<br>843 Main Street, Suite 1-4<br>Manchester, CT 06040<br>Tel: (860) 643-5543<br>Fax: (860) 645-9554<br><br>Her Attorneys |

358539 v.02

- 3 -

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 18th day of December 2003, to:

Barbara Gardner
843 Main Street, Suite 1-4
Manchester, CT  06040

Jose M. Rojas

360396 v.01

- 3 -