UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Alma Hernandez

V.                                Case Number: 3:01CV711(AVC)

Katherine McCormack, I/O
and the City of Hartford

**Stipulation for Dismissal**

Doc. # **68**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, December 31, 2003.


KEVIN F. ROWE, CLERK


By:     /s/ JW
         Jo-Ann Walker
         Deputy Clerk